JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET EMC

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
DENNIS HUNTER

E-filing

## DEFENDANTS
TBDC, LLC, a Kentucky limited liability company

(b) County of Residence of First Listed Plaintiff   SONOMA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
PETER L. SIMON (SBN 178393)
BEYERS COSTIN
200 Fourth Street, Suite 400
Santa Rosa, CA 95401      (707) 547-2000

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury— Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury — Product Liability | 625 Drug Related Seizure of Property 21 USC 881 |  | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability |  | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | PERSONAL PROPERTY | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other |  | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | 810 Selective Service |
| [X] 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability |  |  | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise |  |  | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment | Habeas Corpus: | 791 Empl. Ret. Inc. Security Act |  | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General |  | FEDERAL TAX SUITS | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty |  | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 540 Mandamus & Other | IMMIGRATION | 871 IRS—Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | 550 Civil Rights | 462 Naturalization Application |  | 950 Constitutionality of State Statutes |
|  | 440 Other Civil Rights | 555 Prison Condition | 463 Habeas Corpus – Alien Detainee |  |  |
|  |  |  | 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332(a)
Brief description of cause:
Breach of Contract and Money Had and Received

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND   [ ] SAN JOSE

DATE 9/2/08   SIGNATURE OF ATTORNEY OF RECORD

BY FAX

PETER L. SIMON (SBN 178393)
BEYERS | COSTIN
200 Fourth St. Ste. 400
P.O. Box 878
Santa Rosa, California 95402-0878
Telephone: (707) 547-2000
Facsimile: (707) 526-3672

E-filing

Attorneys for Plaintiff
Dennis Hunter

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS HUNTER,

    Plaintiff,

vs.

TBDC, LLC, a Kentucky limited liability company,

    Defendants.

CASE NO. CV 08 4158 EMC

(UNLIMITED CIVIL CASE)

**COMPLAINT FOR BREACH OF CONTRACT AND MONEY HAD AND RECEIVED**

I.
**PARTIES**

1.     Plaintiff Dennis Hunter ("Hunter") is an individual who, at all times relevant herein, has been a resident of Sonoma County, California.

2.     Defendant TBDC, LLC ("TBDC") is a Kentucky limited liability company with its principal place of business is in Kentucky. TBDC manufactures and sells "tire balls" in various locations throughout the United States, including California.

1

COMPLAINT FOR BREACH OF CONTRACT AND MONEY HAD AND RECEIVED
sh\G:\5917-01\PLDGS\COMPLAINT.DOC

## II.
## JURISDICTION AND VENUE

3. Diversity jurisdiction is proper pursuant to 28 U.S.C. § 1332(a) as Hunter and TBDC are residents of different states.

4. Venue is proper because the contract in question was entered into in Sonoma County, California and was to be performed in Sonoma County, California.

## III.
## GENERAL ALLEGATIONS

5. In September, 2006, Hunter provided a check in the amount of $100,000 to Wade Summer, a representative of TBDC. The $100,000 was deposited by TBDC and reflected on its books as a liability. The money was either to be used as a credit against an eventual purchase of TBDC, or repaid upon Hunter's demand. Payment was to be made to Hunter in Sonoma County, California.

6. Less than two years from the filing of this complaint, Hunter has demanded return of the money. Since that time, only $17,000 has been repaid. The principal balance of $83,000 remains unpaid by TBDC.

### FIRST CAUSE OF ACTION
(Breach of Contract)

7. Hunter hereby incorporates by reference, as if fully set forth herein, paragraphs 1 through 6 of this complaint.

8. TBDC has breached its contract with Hunter by failing to repay the remainder of the $100,000.

1  9.  Hunter has been damaged in the amount of $83,000, plus pre-judgment interest in an amount according to proof.

### SECOND CAUSE OF ACTION
(Money Had And Received)

10. Hunter hereby incorporates by reference, as if fully set forth herein, paragraphs 1 through 8 of this complaint.

11. TBDC has received the money from Hunter without providing full consideration or compensation to Hunter in return.

12. Hunter has been damaged in the amount of $83,000, plus pre-judgment interest in an amount according to proof.

W H E R E F O R E, Hunter prays for relief as follows:

1. For damages in the amount of $83,000;
2. For prejudgment interest;
3. For costs and fees incurred herein; and
4. For such other and further relief as the Court may deem just and proper.

Dated: August 29, 2008

BEYERS | COSTIN

_____
PETER L. SIMON
Attorneys for Plaintiff
Dennis Hunter

3

COMPLAINT FOR BREACH OF CONTRACT AND MONEY HAD AND RECEIVED
sh\G:\5917-01\PLDGS\COMPLAINT.DOC