PETER L. SIMON (SBN 178393)
BEYERS | COSTIN
200 Fourth St. Ste. 400
P.O. Box 878
Santa Rosa, California 95402-0878
Telephone: (707) 547-2000
Facsimile: (707) 526-3672

E-filing

Attorneys for Plaintiff
Dennis Hunter

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS HUNTER,

    Plaintiff,

vs.

TBDC, LLC, a Kentucky limited liability company,

    Defendants.

CASE NO. CV 08 4158 EMC

(UNLIMITED CIVIL CASE)

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands trial by jury on all issues triable by jury in the above matter.

Dated: August 29, 2008

BEYERS | COSTIN

_____
PETER L. SIMON
Attorneys for Plaintiff
Dennis Hunter

BY FAX

1

**DEMAND FOR JURY TRIAL**
sh\G:\5917-01\PLDGS\JURY DEMAND.DOC