| | |
|---|---|
| BEYERS & COSTIN<br>  Peter L. Simon<br>  psimon@beyerscostin.com<br>200 Fourth Street, Suite 400<br>P.O. Box 878<br>Santa Rosa , CA 95402-0878<br>Telephone: 707-547-2000<br>Facsimile: 707-526-3672<br><br>Attorneys for Plaintiff Dennis Hunter | TACHAU MEEK PLC<br>  David Tachau, Kentucky Bar No. 69525<br>  dtachau@tachaulaw.com<br>2400 National City Tower<br>101 S. Fifth Street<br>Louisville, KY  40202-3115<br>Telephone: (502) 238-9900<br>Facsimile: (502) 238-9910<br>*Appearing Pro Hac Vice*<br><br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>  Christopher E. Stretch (Bar No. 166752)<br>  cstretch@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Attorneys for Defendants TBDC, LLC and<br>Thomas Wade Summers |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS HUNTER,<br><br>          Plaintiff,<br><br>  vs.<br><br>TBDC, LLC,<br><br>          Defendant | CASE NO. CV 08-4158 EMC<br><br>(UNLIMITED CIVIL CASE)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO DISMISS ALL CLAIMS** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Dennis Hunter and Defendants TBDC, LLC and Thomas Wade Summers, by their respective counsel, stipulate as follows:

1.     This action and all claims are dismissed with prejudice.

2.     Each party shall bear its own costs and attorneys' fees.

DATED: March 19, 2009          BEYERS & COSTIN

                               By   /s/ Peter L. Simon
                                  Peter L. Simon
                                  Attorneys for Plaintiff
                                  Dennis Hunter

DATED: March 19, 2009          QUINN EMANUEL URQUHART
                                 OLIVER & HEDGES, LLP


                               By   /s/ Christopher Stretch
                                  Christopher Stretch
                                  Attorneys for Defendants
                                  TBDC, LLC and Thomas Wade Summers

1 ORDER

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.
3

4 DATED: March 20, 2009

*IT IS SO ORDERED*
Judge Edward M. Chen

_____
By: The Honorable Edward M. Chen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that on March 19, 2009, I electronically filed this Stipulation and Order of Dismissal using the CM/ECF system, which will send a notice of electronic filing to the following:

Peter L. Simon
Beyers/Costin
200 Fourth St., Suite 400
P.O. Box 878
Santa Rosa, CA 95402-0878

/s/
Christopher Stretch